**Detrick LOCKRIDGE, Plaintiff–Appellant**

v.

**PER MAR SECURITY & RESEARCH CORP., Defendant–Appellee.**

No. 14–3396.

United States Court of Appeals, Eighth Circuit.

Submitted: May 6, 2015.

Filed: May 13, 2015.

Detrick Lockridge, Minneapolis, MN, pro se.

James Brendan Sherman, Chad Alan Staul, Wessels & Sherman, Minneapolis, MN, for Defendant–Appellee.

Before COLLOTON, BYE and SHEPHERD, Circuit Judges.

PER CURIAM.

Detrick Lockridge appeals the district court's[1] adverse grant of summary judgment in his action against his former employer, in which he asserted claims of unlawful discrimination and retaliation. Upon careful de novo review, we conclude that the district court's decision was correct. *See Torgerson v. City of Rochester*, 643 F.3d 1031, 1042–43 (8th Cir.2011) (en

banc) (standard of review); *see also Moody v. Vozel,* 771 F.3d 1093, 1097 (8th Cir.2014) (discussing standards applicable to claim of discriminatory termination), *petition for cert. filed,* —— U.S.L.W. —— (U.S. Apr. 23, 2015) (No. 14–1271); *Alvarez v. Des Moines Bolt Supply, Inc.,* 626 F.3d 410, 416–18 (8th Cir.2010) (discussing standards applicable to claim of unlawful retaliation).

Accordingly, we affirm. *See* 8th Cir. R. 47B.